# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## NORTHERN DIVISION

In re: INTEGRITY SALES & SERVICE, INC.　　　　§　　Case No. 13-12926-REG

　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

　　　Dustin M. Roach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,119,194.16<br>*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $396,474.82 | Claims Discharged<br>Without Payment: $1,600,183.83 |
| Total Expenses of Administration: $98,348.89 | |

　　　3)  Total gross receipts of $      532,323.71    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      37,500.00  (see **Exhibit 2**), yielded net receipts of  $494,823.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,297,403.72 | $2,405,616.00 | $525,548.55 | $396,474.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 84,739.97 | 84,739.97 | 66,369.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 109,374.76 | 109,374.76 | 31,979.76 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 57,119.83 | 359,181.17 | 359,181.17 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 717,289.63 | 766,863.89 | 766,863.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,071,813.18 | $3,725,775.79 | $1,845,708.34 | $494,823.71 |

4) This case was originally filed under Chapter 7 on September 26, 2013. The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2020            By: /s/Dustin M. Roach
                             Trustee, Bar No.: 65813-18

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FUNDS RECEIVED I--UNCLEAR IF ESTATE FUNDS SO NOT | 1180-002 | 37,500.00 |
| REAL ESTATE | 1110-000 | 15,500.00 |
| ACCOUNTS RECEIVABLE | 1121-000 | 1,137.09 |
| INVENTORY - SECURED CREDITOR | 1129-000 | 8,000.00 |
| PREFERENCE ACTION | 1241-000 | 40,000.00 |
| TOYOTA CLASS ACTION RECOVERY | 1249-000 | 41.63 |
| LIQUIDATED DEBTS OWING DEBTOR | 1241-000 | 20,000.00 |
| PREFERENCE ACTION | 1241-000 | 20,000.00 |
| PREFERENCE ACTION | 1241-000 | 800.00 |
| BANK ACCOUNTS | 1290-000 | 389,344.99 |
| **TOTAL GROSS RECEIPTS** | | **$532,323.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ascentium Capital, LLC | Return funds to Ascentium Capital, LLC.  Funds are not property of Bankruptcy Estate. | 8500-002 | 37,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$37,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-5 | Indiana Department of Revenue | 4110-000 | N/A | 3,961.09 | 3,961.09 | 0.00 |
| 18S-2 | The State Bank and Trust Company | 4110-000 | 1,890,000.00 | 1,525,681.87 | 0.00 | 0.00 |
| 19 -2 | Automotive Finance Corporation | 4110-000 | 286,000.00 | 329,385.58 | 0.00 | 0.00 |
| 23 | NextGear Capital, Inc. | 4110-000 | 96,000.00 | 103,415.62 | 103,415.62 | 0.00 |
| 26 | Werner's Garage, inc. | 4110-000 | 22,155.38 | 21,697.02 | 21,697.02 | 0.00 |
| 34 | Dennis Gilbert | 4110-000 | 0.00 | 25,000.00 | 0.00 | 0.00 |
| NOTFILED | Stearns Bank N.A. | 4110-000 | 3,248.34 | N/A | N/A | 0.00 |
|  | Automotive Finance Corporation | 4110-000 | N/A | 350,000.00 | 350,000.00 | 350,000.00 |
|  | The State Bank and Trust Company | 4210-000 | N/A | 46,474.82 | 46,474.82 | 46,474.82 |
| **TOTAL SECURED CLAIMS** |  |  | $2,297,403.72 | $2,405,616.00 | $525,548.55 | $396,474.82 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation – Dustin . Roach, Trustee | 2100-000 | N/A | 26,116.19 | 26,116.19 | 26,116.19 |
| Trustee Expenses – Dustin M. Roach, Chapter 7 Panel Trustee | 2200-000 | N/A | 295.80 | 295.80 | 295.80 |
| U.S. Trustee Quarterly Fees – United States Trustee | 2950-000 | N/A | 6,501.73 | 6,501.73 | 6,501.73 |
| Attorney for Trustee Fees (Trustee Firm) – Skekloff and Skekloff LLP (ADMINISTRATIVE) | 3110-000 | N/A | 25,961.70 | 25,961.70 | 7,590.86 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 477.40 | 477.40 | 477.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 239.69 | 239.69 | 239.69 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 67.08 | 67.08 | 67.08 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 69.58 | 69.58 | 69.58 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 134.40 | 134.40 | 134.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 76.60 | 76.60 | 76.60 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 56.97 | 56.97 | 56.97 |
| Other – PROPERTY MANAGEMENT TEAM, INC | 2420-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 62.78 | 62.78 | 62.78 |
| Other – PROPERTY MANAGEMENT TEAM, INC | 2420-000 | N/A | 125.00 | 125.00 | 125.00 |

| Description | Code | | Amount | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 58.61 | 58.61 | 58.61 |
| Clerk of the Court Costs (includes adversary and other filing fees) – United | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 56.30 | 56.30 | 56.30 |
| Clerk of the Court Costs (includes adversary and other filing fees) – Clerk, | 2700-000 | N/A | 27.00 | 27.00 | 27.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) – Clerk, | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 72.12 | 72.12 | 72.12 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 83.01 | 83.01 | 83.01 |
| Other – TITAN TITLE SERVICES | 2820-000 | N/A | 720.22 | 720.22 | 720.22 |
| Auctioneer for Trustee Fees (including buyers premiums) – Real Living Ness Bros | 3610-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Auctioneer for Trustee Fees (including buyers premiums) – Real Living Ness Bros | 3610-000 | N/A | 245.00 | 245.00 | 245.00 |
| Other – Titan Title Services | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other – Titan Title | 2500-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other – Titan Title | 2500-000 | N/A | 43.40 | 43.40 | 43.40 |
| Other – Old Republic National Title Insurance | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Old Republic National Title Insurance | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other – Titan Title Service | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – DeKalb County Treasurer | 2820-000 | N/A | 157.68 | 157.68 | 157.68 |
| Other – DeKalb County Treasurer | 2820-000 | N/A | 4,781.40 | 4,781.40 | 4,781.40 |
| Auctioneer for Trustee Expenses – Real Living Ness Bros | 3620-000 | N/A | 860.00 | 860.00 | 860.00 |
| Other – Meridian Title Corporation | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other – Robert McDowell | 2420-000 | N/A | 295.00 | 295.00 | 295.00 |
| Other – Real Living Ness Bros | 2420-000 | N/A | 291.75 | 291.75 | 291.75 |
| Other – St Joe- Spencerville Regional Sewer District | 2500-000 | N/A | 364.80 | 364.80 | 364.80 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.95 | 87.95 | 87.95 |
| Other – Eastburn & Gray PC | 3210-600 | N/A | 885.00 | 885.00 | 885.00 |
| Other – Eastburn & Gray PC | 3420-590 | N/A | 126.75 | 126.75 | 126.75 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 101.02 | 101.02 | 101.02 |
| Other – Eastburn & Gray PC | 3210-600 | N/A | 59.00 | 59.00 | 59.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.59 | 87.59 | 87.59 |
| Other – Eastburn & Gray PC | 3210-600 | N/A | 404.25 | 404.25 | 404.25 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.34 | 87.34 | 87.34 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 98.69 | 98.69 | 98.69 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 86.58 | 86.58 | 86.58 |
| Other – Eastburn & Gray PC | 3210-600 | N/A | 328.00 | 328.00 | 328.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 98.37 | 98.37 | 98.37 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 88.83 | 88.83 | 88.83 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 85.75 | 85.75 | 85.75 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 94.49 | 94.49 | 94.49 |
| Other – Eastburn & Gray PC | 3210-600 | N/A | 266.67 | 266.67 | 266.67 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 89.08 | 89.08 | 89.08 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 95.27 | 95.27 | 95.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 83.24 | 83.24 | 83.24 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 92.04 | 92.04 | 92.04 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 83.01 | 83.01 | 83.01 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 97.70 | 97.70 | 97.70 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 88.68 | 88.68 | 88.68 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 116.16 | 116.16 | 116.16 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 156.56 | 156.56 | 156.56 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 137.36 | 137.36 | 137.36 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 39.27 | 39.27 | 39.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 84.90 | 84.90 | 84.90 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 96.56 | 96.56 | 96.56 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 81.80 | 81.80 | 81.80 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.52 | 87.52 | 87.52 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 84.48 | 84.48 | 84.48 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 96.01 | 96.01 | 96.01 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 84.23 | 84.23 | 84.23 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 92.82 | 92.82 | 92.82 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 89.78 | 89.78 | 89.78 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 46.27 | 46.27 | 46.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 54.49 | 54.49 | 54.49 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 49.49 | 49.49 | 49.49 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 47.80 | 47.80 | 47.80 |
| Other – HALLER AND COLVIN, P.C | 3210-600 | N/A | 7,578.99 | 7,578.99 | 7,578.99 |
| Other – Mechanics Bank | 2600-000 | N/A | 57.97 | 57.97 | 57.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $84,739.97 | $84,739.97 | $66,369.13 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mannia & Company, LLC | 6410-000 | N/A | 6,519.00 | 6,519.00 | 1,906.07 |
| Skekloff and Skekloff LLP (ADMINISTRATIVE) | 6210-000 | N/A | 102,855.76 | 102,855.76 | 30,073.69 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $109,374.76 | $109,374.76 | $31,979.76 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-5 | Indiana Department of Revenue | 5800-000 | 16,000.00 | 229,315.43 | 229,315.43 | 0.00 |
| 2 -3 | Allen County Treasurer | 5800-000 | 1,119.83 | 3,403.35 | 3,403.35 | 0.00 |
| 6P-4 | Department of the Treasury | 5800-000 | N/A | 126,138.77 | 126,138.77 | 0.00 |
| 29P | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT | 5800-000 | N/A | 323.62 | 323.62 | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 5200-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $57,119.83 | $359,181.17 | $359,181.17 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-5 | Indiana Department of Revenue | 7100-000 | 0.00 | 21,897.38 | 21,897.38 | 0.00 |
| 2U-3 | Allen County Treasurer | 7300-000 | N/A | 280.24 | 280.24 | 0.00 |
| 3 | United Oil Corporation | 7100-000 | 11,679.39 | 11,833.39 | 11,833.39 | 0.00 |
| 4 | Austin Hardware & Supply Inc | 7100-000 | 1,186.01 | 1,186.01 | 1,186.01 | 0.00 |
| 5 | BAILEY AGGREGATES, LLC | 7100-000 | 807.59 | 807.59 | 807.59 | 0.00 |
| 6U-4 | Department of the Treasury | 7100-000 | N/A | 75,657.34 | 75,657.34 | 0.00 |
| 7 | McMaster- CARR Supply | 7100-000 | 2,261.28 | 2,261.28 | 2,261.28 | 0.00 |
| 8 | Northern Safety Co. Inc. | 7100-000 | 456.59 | 456.59 | 456.59 | 0.00 |
| 9 | Domestic Linen Supply Co | 7100-000 | 3,791.20 | 19,596.66 | 19,596.66 | 0.00 |
| 10 | Safelite Autoglass | 7100-000 | 583.79 | 911.17 | 911.17 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | United Parcel Service | 7100-000 | 1,821.48 | 1,390.42 | 1,390.42 | 0.00 |
| 12 | Dean Piper | 7100-000 | 44,000.00 | 44,000.00 | 44,000.00 | 0.00 |
| 13 | Total Quality Logistics | 7100-000 | N/A | 6,100.00 | 6,100.00 | 0.00 |
| 14 | Advance Auto Parts | 7100-000 | 248.22 | 2,381.19 | 2,381.19 | 0.00 |
| 15 | AUTO ZONE | 7100-000 | 1,130.95 | 3,531.76 | 3,531.76 | 0.00 |
| 16 | Curtis Hardesty | 7100-000 | N/A | 11,000.00 | 11,000.00 | 0.00 |
| 17 | Christopher Townsend | 7100-000 | 3,800.00 | 7,144.00 | 7,144.00 | 0.00 |
| 18U-2 | The State Bank and Trust Company | 7100-000 | N/A | 361,969.18 | 361,969.18 | 0.00 |
| 20 | All State Industries Inc | 7100-000 | N/A | 878.42 | 878.42 | 0.00 |
| 21 | Straub Metal International Inc | 7100-000 | N/A | 131,125.72 | 131,125.72 | 0.00 |
| 22 | Baden Gage & Schroeder LLC | 7100-000 | 3,665.00 | 4,465.00 | 4,465.00 | 0.00 |
| 24 | Tim Parent | 7100-000 | 4,000.00 | 18,500.00 | 18,500.00 | 0.00 |
| 25 | Norcold, Inc | 7100-000 | 1,599.63 | 1,599.63 | 1,599.63 | 0.00 |
| 28 | Wayne-Vaughn Equipment Co., Inc. | 7100-000 | N/A | 3,462.47 | 3,462.47 | 0.00 |
| 29U | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT | 7100-000 | N/A | 52.42 | 52.42 | 0.00 |
| 31 | Emshwiller/Lefebvre Accountancy Co Inc | 7100-000 | N/A | 4,364.50 | 4,364.50 | 0.00 |
| 32 | Finishworks LLC | 7100-000 | N/A | 3,825.58 | 3,825.58 | 0.00 |
| 33 | Finishworks LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 35 | AT&T Long Distance, LLC | 7100-000 | N/A | 380.47 | 380.47 | 0.00 |
| 35 | AT&T Long Distance, LLC | 7100-000 | N/A | 380.47 | 380.47 | 0.00 |
| 37 | Jacob Graber | 7100-000 | N/A | 25,425.01 | 25,425.01 | 0.00 |
| NOTFILED | Midwest Pipe & Steel Inc. Lockbox #774417 | 7100-000 | 5,944.46 | N/A | N/A | 0.00 |
| NOTFILED | Millcreek Inc. 601 Industrial Dr. | 7100-000 | 247.65 | N/A | N/A | 0.00 |
| NOTFILED | Ned A. and Shirley A. Somerlott | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ned A. and Shirley A. Somerlott | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MOORE GEAR #2 Hawthorne drive | 7100-000 | 4,961.59 | N/A | N/A | 0.00 |
| NOTFILED | Napa Auto Parts 13430 Main Street | 7100-000 | 51.45 | N/A | N/A | 0.00 |
| NOTFILED | MEYER PLASTICS 5167 E 65TH STREET | 7100-000 | 559.44 | N/A | N/A | 0.00 |
| NOTFILED | Hahn System, LLC PO Box 486 | 7100-000 | 386.31 | N/A | N/A | 0.00 |
| NOTFILED | Hehr International Inc 14474 Collections Ctr Dr | 7100-000 | 1,192.24 | N/A | N/A | 0.00 |
| NOTFILED | Ft. Wayne Truck Center 3535 Coliseum Blvd. W. | 7100-000 | 1,646.21 | N/A | N/A | 0.00 |
| NOTFILED | Fort Wayne Clutch 2424 Goshen Road | 7100-000 | 219.52 | N/A | N/A | 0.00 |
| NOTFILED | Fox and Fox Frame Service Inc. | 7100-000 | 2,736.00 | N/A | N/A | 0.00 |
| NOTFILED | Exact Software North America LLC | 7100-000 | 1,800.81 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Farm Building Supply 12916 Cuba Road | 7100-000 | 2,369.16 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Crystal Clean, LLC 13621 Collections Center | 7100-000 | 639.73 | N/A | N/A | 0.00 |
| NOTFILED | Hunt Farms 12169 E Richfield | 7100-000 | 152,000.00 | N/A | N/A | 0.00 |
| NOTFILED | McAllister Tree Service, LLC 409 Baldwin Road | 7100-000 | 18,800.00 | N/A | N/A | 0.00 |
| NOTFILED | MHC Kenworth - Durham 3600 Interworth Drive | 7100-000 | 4,729.40 | N/A | N/A | 0.00 |
| NOTFILED | Link MFG 223 15TH ST NE | 7100-000 | 693.85 | N/A | N/A | 0.00 |
| NOTFILED | Katrina Pfister c/o R. David Boyer, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KPS Farms 6080 S. 1050 W. | 7100-000 | 8,010.00 | N/A | N/A | 0.00 |
| NOTFILED | INDYHOST.NET INC PO Box 845 | 7100-000 | 24.95 | N/A | N/A | 0.00 |
| NOTFILED | JX Peterbilt 12010 Declaration Dr. | 7100-000 | 357.10 | N/A | N/A | 0.00 |
| NOTFILED | Mid West Ag Fly Services 120 S. Teddy Bird Ln. | 7100-000 | 504.00 | N/A | N/A | 0.00 |
| NOTFILED | Hoagland Electric Inc. | 7100-000 | 2,487.62 | N/A | N/A | 0.00 |
| NOTFILED | The State Bank and Truct Company | 7100-000 | 43,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Total Performance 6921 SR 930 | 7100-000 | 2,296.26 | N/A | N/A | 0.00 |
| NOTFILED | Staples PO Box 414524 | 7100-000 | 1,179.03 | N/A | N/A | 0.00 |
| NOTFILED | Stoops Freightliner PO Box 633838 | 7100-000 | 1,340.41 | N/A | N/A | 0.00 |
| NOTFILED | Total Plastic 2810 N Burdick St | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | SCHAAB METAL PRODUCTS, INC 1216 NO. HARRISON ST. | 7100-000 | 13,125.72 | N/A | N/A | 0.00 |
| NOTFILED | TractorHouse Po Box 85673 | 7100-000 | 5,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Battery Co, LLC 9955 West Point Drive, Suite | 7100-000 | 2,382.50 | N/A | N/A | 0.00 |
| NOTFILED | Zurcher Tire 101 North Polk Street | 7100-000 | 15,706.98 | N/A | N/A | 0.00 |
| NOTFILED | Truck Pro Inc. Po Box 905044 | 7100-000 | 52,939.29 | N/A | N/A | 0.00 |
| NOTFILED | Twin-Air Products Inc 4602 Chester Drive | 7100-000 | 1,623.30 | N/A | N/A | 0.00 |
| NOTFILED | Rose's Golden Outdoor Values, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Truck Paper Po Box 85673 | 7100-000 | 3,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Randy Brooks 38 North Frontage Road | 7100-000 | 80,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Riker Products Inc 4901 Stickney Ave. | 7100-000 | 2,758.07 | N/A | N/A | 0.00 |
| NOTFILED | Palmer Trucks 3535 Coliseum Blvd. | 7100-000 | 425.98 | N/A | N/A | 0.00 |
| NOTFILED | Pampered Coach Auto & Truck Center | 7100-000 | 3,670.25 | N/A | N/A | 0.00 |
| NOTFILED | Orkin PO Box 8485 | 7100-000 | 201.50 | N/A | N/A | 0.00 |
| NOTFILED | Eric Davidson 1768 Burton Street | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peterbilt Northwest Ohio, Inc. | 7100-000 | 6,284.09 | N/A | N/A | 0.00 |
| NOTFILED | Norcold, Inc. 600 S. Kuther Rd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Power Train Co. 3415 Conestoga Drive | 7100-000 | 10,669.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | R&L CARRIERS<br>600 GILLAM RD. | 7100-000 | 2,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Random Products<br>PO BOX 25065 | 7100-000 | 2,550.60 | N/A | N/A | 0.00 |
| NOTFILED | PRM Trucking<br>PO Box 456 | 7100-000 | 5,506.83 | N/A | N/A | 0.00 |
| NOTFILED | Proto-Fab, Inc<br>1615 El Reno | 7100-000 | 878.42 | N/A | N/A | 0.00 |
| NOTFILED | Norcold, Inc.<br>PO Box 75545 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PPG PORTER PAINTS<br>2510 INDEPENDENCE DR. | 7100-000 | 23,274.29 | N/A | N/A | 0.00 |
| NOTFILED | Churubusco Auto Electric<br>Inc. | 7100-000 | 2,011.55 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corp. Location 338<br>PO Box 630910 | 7100-000 | 459.81 | N/A | N/A | 0.00 |
| NOTFILED | BYLER RIVE<br>2118 Parkside Ave. | 7100-000 | 1,849.49 | N/A | N/A | 0.00 |
| NOTFILED | C & G Equipment<br>805 W. Maple St | 7100-000 | 4,900.00 | N/A | N/A | 0.00 |
| NOTFILED | COMPOSITES ONE<br>2359 e. Kercher Rd | 7100-000 | 1,059.81 | N/A | N/A | 0.00 |
| NOTFILED | BRUEGGEMANN LUMBER<br>7147 RICKER Rd | 7100-000 | 1,906.47 | N/A | N/A | 0.00 |
| NOTFILED | Craft Laboratories Inc.<br>1901 Lakeview Dr. | 7100-000 | 102.80 | N/A | N/A | 0.00 |
| NOTFILED | D & B Sales<br>4730 Speedway Dr. | 7100-000 | 2,215.90 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Gilbert<br>8565 E. Metz Road | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CSX Transportation<br>6735 Southpoint Drive South | 7100-000 | 417.56 | N/A | N/A | 0.00 |
| NOTFILED | Culligan Clean Water Inc.<br>PO Box 414 | 7100-000 | 382.53 | N/A | N/A | 0.00 |
| NOTFILED | Bob Thomas Ford<br>320 W. Coliseum Blvd. | 7100-000 | 43.82 | N/A | N/A | 0.00 |
| NOTFILED | Crawford Products<br>3637 Corporate Dr | 7100-000 | 8,905.93 | N/A | N/A | 0.00 |
| NOTFILED | Bishop AG Tech, LLC<br>3475 CR 139 | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ace Radiator Inc.<br>2319 W. Coliseum Blvd. | 7100-000 | 216.17 | N/A | N/A | 0.00 |
| NOTFILED | ACS<br>3539 North Clinton St | 7100-000 | 19,723.97 | N/A | N/A | 0.00 |
| NOTFILED | Agkits.com<br>106 Luther Avenue | 7100-000 | 373.20 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Gilbert<br>c/o Wm. Joseph Carlin Jr. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alro Steel<br>4929 New Haven Ave. | 7100-000 | 33,802.00 | N/A | N/A | 0.00 |
| NOTFILED | BAKERS<br>1229 N. SHOOP AVE | 7100-000 | 501.84 | N/A | N/A | 0.00 |
| NOTFILED | Best One Tire<br>1712 Wayne Street | 7100-000 | 11,716.52 | N/A | N/A | 0.00 |
| NOTFILED | Auto Electric<br>4128 ENGLETON DRIVE | 7100-000 | 3,093.77 | N/A | N/A | 0.00 |
| NOTFILED | Baker's Gas and Welding<br>Supplies | 7100-000 | 354.30 | N/A | N/A | 0.00 |
| NOTFILED | AMERICAN FLOOR MATS<br>152 Rolling Ave # 102 | 7100-000 | 226.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $717,289.63 | $766,863.89 | $766,863.89 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-12926-REG | Trustee: (340510) Dustin M. Roach, Chapter 7 Panel Trustee |
| Case Name: INTEGRITY SALES & SERVICE, INC. | Filed (f) or Converted (c): 11/19/14 (c) |
| | §341(a) Meeting Date: 12/23/14 |
| Period Ending: 12/08/20 | Claims Bar Date: 03/23/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE Rental property located at 6812 State Road 1, Spencerville, IN 46788 (vacant); Sold at auction; Report of Sale filed 2/3/2016. | 32,000.00 | 32,000.00 | | 15,500.00 | FA |
| 2 | BANK ACCOUNTS Financial Partners Federal Credit Union savings account; Asset 5 is the updated amount for this asset that was listed on original schedules. Amount reduced to zero on Asset 2 since Asset 5 lists amended amount. See further explanation in Asset 5. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS State Bank operating account **460; | 0.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS State Bank wire account * *692; 96 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS Financial Partners Federal Credit Union savings account; Asset was listed on original schedules; amount updated by Amendment filed on 3/26/2014. Asset imported by Trustee software. Asset abandoned to secured creditor. | 35,140.36 | 0.00 | | 0.00 | FA |
| 6 | ACCOUNTS RECEIVABLE Accounts receivable - Estimated Face Value $20,000. Asset 7 is the updated amount for this asset that was listed on original schedules. Amount reduced to zero on Asset 6 since Asset 7 lists amended amount. See further explanation in Asset 7. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE Accounts receivable - Estimated Face Value $20,000.00; Asset was listed on original schedules; amount updated by Amendment filed on 3/26/2014. Asset imported by Trustee software. Majority of debts uncollectable as determined by Trustee. | Unknown | 1,137.09 | | 1,137.09 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES See attached Exhibit "A"; (Reference from original | 69,000.00 | 0.00 | OA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12926-REG

**Case Name:** INTEGRITY SALES & SERVICE, INC.

**Period Ending:** 12/08/20

**Trustee:** (340510)   Dustin M. Roach, Chapter 7 Panel Trustee

**Filed (f) or Converted (c):** 11/19/14 (c)

**§341(a) Meeting Date:** 12/23/14

**Claims Bar Date:** 03/23/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | import of asset); Abandoned by Court order on January 26, 2015. | | | | | |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  Equipment and tools - See Exhibit "B"; (Reference from original import of asset) Abandoned by Court order on January 26, 2015. | 115,138.17 | 0.00 | OA | 0.00 | FA |
| 10 | INVENTORY<br>  Work in process - trailers and trucks; Asset 13 is the updated amount for this asset that was listed on original schedules.  Amount reduced to zero on Asset 10 since Asset 13 lists amended amount.  See further explanation in Asset 13. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | INVENTORY - SECURED CREDITOR<br>  Trucks and trailer inventory - secured creditor lien information, itemized listing see Exhibit "C";   Asset 14 is the updated amount for this asset that was listed on original schedules.  Amount reduced to zero on Asset 11 since Asset 14 lists amended amount.  See further explanation in Asset 14. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | INVENTORY<br>  Raw materials (aluminum and steel);  Asset was listed on original schedules; amount updated by Amendment filed on 3/26/14.  Trustee's software imported claim.<br>Assets abandoned to secured creditor by Court Order on June 26, 2015. | 20,000.00 | 0.00 | | 0.00 | FA |
| 13 | INVENTORY<br>  Work in process; Asset was listed on original schedules; amount updated by Amendment filed on 11/20/2014.  Asset imported by Trustee software. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | INVENTORY - SECURED CREDITOR<br>  Trucks and trailer inventory - secured creditor lien information, itemized listing see Exhibit "C";  Asset was listed on original schedules; amount updated by Amendment filed on 3/26/14.  Trustee's software | 854,916.63 | 0.00 | OA | 8,000.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-12926-REG

Case Name: INTEGRITY SALES & SERVICE, INC.

Period Ending: 12/08/20

Trustee: (340510) Dustin M. Roach, Chapter 7 Panel Trustee

Filed (f) or Converted (c): 11/19/14 (c)

§341(a) Meeting Date: 12/23/14

Claims Bar Date: 03/23/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | imported claim.<br>Most assets abandoned to secured creditor by Court<br>Order on June 26, 2015. Funds recovered were paid<br>by purchaser who had pre-petition contracts to buy<br>asset. | | | | | |
| 15 | ANY OTHER PERSONAL PROPERTY<br>  Deposit checks for truck sales;  Assets abandoned to<br>secured creditor pursuant to Court Order on<br>6/26/2015. | 24,999.00 | 0.00 | | 0.00 | FA |
| 16 | PREFERENCE ACTION (u)<br>  Preference action vs. David Pfister, Pfister Group<br>and Fort Wayne Properties----not filed as Adversary<br>Proceeding. Settlement amount per Court Order on<br>April 10, 2015 | Unknown | 100,000.00 | | 40,000.00 | FA |
| 17 | TOYOTA CLASS ACTION RECOVERY  (u)<br>  TOYOTA CLASS ACTION RECOVERY  -<br>UNSCHEDULED. Check received post petition; no<br>action filed. | Unknown | 41.63 | | 41.63 | FA |
| 18 | LIQUIDATED DEBTS OWING DEBTOR  (u)<br>  Adversary Proceeding #14-1103<br>Roach V Graber<br>Preferential payments made by Integrity on behalf of<br>Defendant.<br>Settled per Application to Approve Compromise<br>approved on December 4, 2015. | Unknown | 20,000.00 | | 20,000.00 | FA |
| 19 | PREFERENCE ACTION  (u)<br>  Adversary Action filed by Trustee v. David Pfister.<br>15-01133. Default Judgment in favor of Trustee on<br>December 18, 2015. $ 181,378.53. Special counsel<br>appointed on 11/10/16 to attempt collection of<br>judgment.  Defendant Pfister filed a Chapter 7<br>Bankruptcy on 2/14/2018.   Special Counsel filed<br>nondischargeability complaint on 8/13/2018.  Attempts<br>to collect debt are ongoing. Settlement reached<br>August 2019. | Unknown | 90,000.00 | | 20,000.00 | FA |
| 20 | PREFERENCE ACTION  (u) | Unknown | 72,000.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-12926-REG | **Trustee:** (340510) Dustin M. Roach, Chapter 7 Panel Trustee |
| **Case Name:** INTEGRITY SALES & SERVICE, INC. | **Filed (f) or Converted (c):** 11/19/14 (c) |
| | **§341(a) Meeting Date:** 12/23/14 |
| **Period Ending:** 12/08/20 | **Claims Bar Date:** 03/23/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Adversary Action v. David Pence for transfers made prior to Bankruptcy. Pence filed for Bankruptcy Relief on Dec 12, 2015. No grounds to object to dischargability of debt. | | | | | |
| 21 PREFERENCE ACTION (u) 15-01010. Trustee action vs. Robert Crabbe for bad check. Judgment awarded on Feb. 19, 2015 in amount of 45,250.00 plus attorneys fees. Defendant lives in Pennsylvania. Trustee has employed attorney in Pennsylvania to enforce collection. Defendant ultimately determined to be uncollectable. | Unknown | 42,250.00 | | 800.00 | FA |
| 22 BANK ACCOUNTS (u) CHAPTER 11 DIP ACCOUNT AT CHASE ACCOUNT -0150 DISTRIBUTED TO SECURED CREDITOR AUTOMOTICE FINANCE CORPORATION AND STATE BANK PURSUANT TO COURT ORDER FEBRUARY 13, 2015 | Unknown | 389,344.99 | | 389,344.99 | FA |
| **22 Assets Totals** (Excluding unknown values) | **$1,151,194.16** | **$746,773.71** | | **$494,823.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/19--Continue collection efforts against David Pfister - Asset 19

12/31/2019--Case ready for TFR to be filed

05/31/20-NFR filed

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | October 31, 2015 | **Current Projected Date Of Final Report (TFR):** | April 12, 2020 (Actual) |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-12926-REG |
| **Case Name:** | INTEGRITY SALES & SERVICE, INC. |
| **Taxpayer ID #:** | **-***9513 |
| **Period Ending:** | 12/08/20 |

| | |
|---|---|
| **Trustee:** | Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1266 - Checking Account |
| **Blanket Bond:** | $36,644,668.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 13-12926-REG | |
| **Case Name:** | INTEGRITY SALES & SERVICE, INC. | |
| **Taxpayer ID #:** | **-***9513 | |
| **Period Ending:** | 12/08/20 | |

| | |
|---|---|
| **Trustee:** | Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1267 - Checking Account |
| **Blanket Bond:** | $36,644,668.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/15 | {14} | Nuckolls purchase | PROCEEDS FROM PURCHASER TO COMPLETE PRE-CONVERSION TRANSACTION | 1129-000 | 8,000.00 | | 8,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,990.00 |
| 07/02/15 | | To Account #******1268 | Transfer funds to consolidate bank accounts | 9999-000 | | 7,990.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,990.00 | |
| **Subtotal** | 8,000.00 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,000.00** | **$10.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-12926-REG  
**Case Name:** INTEGRITY SALES & SERVICE, INC.

**Taxpayer ID #:** **-***9513  
**Period Ending:** 12/08/20

**Trustee:** Dustin M. Roach, Chapter 7 Panel Trustee (340510)  
**Bank Name:** Mechanics Bank  
**Account:** ******1268 - Checking Account  
**Blanket Bond:** $36,644,668.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/15 | {22} | CHASE BANK DIP ACCOUNT | DIP ACCOUNT WIRED TO TRUSTEE BY CHASE BANK | 1290-000 | 389,344.99 | | 389,344.99 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 477.40 | 388,867.59 |
| 03/03/15 | 101 | Automotive Finance Corporation | Settlement Amount per Court Order dated 2/13/2015; partial liquidation of Asset 22, Chapter 11 DIP account | 4110-000 | | 350,000.00 | 38,867.59 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.69 | 38,627.90 |
| 04/28/15 | {7} | CUMMINS CROSSPOINT | PRODUCT REFUND | 1129-000 | 736.57 | | 39,364.47 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.08 | 39,297.39 |
| 05/26/15 | {16} | AMY THOMAS | ADVERSARY PROCEEDING SETTLEMENT PAYMENT | 1241-000 | 20,000.00 | | 59,297.39 |
| 05/26/15 | {16} | CARL MISKOTTEN | ADVERSARY PROCEEDING SETTLEMENT PAYMENT | 1241-000 | 20,000.00 | | 79,297.39 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.58 | 79,227.81 |
| 06/01/15 | {17} | TOYOTA MOTOR CORPORATION | UNSCHEDULED CLASS ACTION RECOVERY | 1249-000 | 41.63 | | 79,269.44 |
| 06/01/15 | {7} | NORTHERN SAFETY AND INDUSTRIAL | ACCOUNTS RECEIVABLE | 1121-000 | 400.52 | | 79,669.96 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.40 | 79,535.56 |
| 07/02/15 | | From Account #******1267 | Transfer funds to consolidate bank accounts | 9999-000 | 7,990.00 | | 87,525.56 |
| 07/02/15 | 102 | The State Bank and Trust Company | Per 6/26/15 Order approving Trustee's Application to Approve Compromise | 4210-000 | | 46,474.82 | 41,050.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.60 | 40,974.14 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.97 | 40,917.17 |
| 09/29/15 | 103 | PROPERTY MANAGEMENT TEAM, INC | Mowing property at 6812 St. Rd 1, Spencerville, Indiana. | 2420-000 | | 125.00 | 40,792.17 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.78 | 40,729.39 |
| 10/28/15 | 104 | PROPERTY MANAGEMENT TEAM, INC | Mowing property at 6812 St. Rd 1, Spencerville, Indiana. | 2420-000 | | 125.00 | 40,604.39 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.61 | 40,545.78 |
| 11/12/15 | 105 | United States Bankruptcy Court | Filing fee for Adversary Case # 15-01133 | 2700-000 | | 350.00 | 40,195.78 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.30 | 40,139.48 |
| 12/14/15 | 106 | Clerk, U.S. District Court | Exemplified Copy of Amended Notice - Case 1:14-CV-367 | 2700-000 | | 27.00 | 40,112.48 |
| 12/21/15 | {18} | JACOB GRABER | PAYMENT OF COMPROMISED ADVERSARY PROCEEDING | 1241-000 | 20,000.00 | | 60,112.48 |
| 12/21/15 | 107 | Clerk, United States Bankruptcy Court | Filing Fee for Free and Clear of Liens - Document #384 | 2700-000 | | 176.00 | 59,936.48 |

Subtotals :    $458,513.71    $398,577.23

{} Asset reference(s)

Printed: 12/08/2020 07:38 PM    V.20.27

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-12926-REG | **Trustee:** Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| **Case Name:** INTEGRITY SALES & SERVICE, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******1268 - Checking Account |
| **Taxpayer ID #:** **-***9513 | **Blanket Bond:** $36,644,668.00  (per case limit) |
| **Period Ending:** 12/08/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 72.12 | 59,864.36 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.01 | 59,781.35 |
| 02/03/16 | | TITAN TITLE SERVICES | SALE OF REAL ESTATE | | | 4,600.75 | | 64,382.10 |
| | {1} | | Gross Sales Price of<br>Real Estate | 15,500.00 | 1110-000 | | | 64,382.10 |
| | | | County Property Taxes | -720.22 | 2820-000 | | | 64,382.10 |
| | | Real Living Ness Bros | Broker's Commission | -2,500.00 | 3610-000 | | | 64,382.10 |
| | | Real Living Ness Bros | Administration<br>Transaction Commission | -245.00 | 3610-000 | | | 64,382.10 |
| | | Titan Title Services | Closing Fee | -125.00 | 2500-000 | | | 64,382.10 |
| | | Titan Title | Title Search | -325.00 | 2500-000 | | | 64,382.10 |
| | | Titan Title | Title Insurance | -43.40 | 2500-000 | | | 64,382.10 |
| | | Old Republic National Title<br>Insurance | TIEF Fee | -5.00 | 2500-000 | | | 64,382.10 |
| | | Old Republic National Title<br>Insurance | Closing Protection Letter<br>Fee | -25.00 | 2500-000 | | | 64,382.10 |
| | | Titan Title Service | Sales Disclosure Fees | -10.00 | 2500-000 | | | 64,382.10 |
| | | DeKalb County Treasurer | Taxes and Penalties | -157.68 | 2820-000 | | | 64,382.10 |
| | | DeKalb County Treasurer | Taxes, Penalties and<br>Sewer Liens | -4,781.40 | 2820-000 | | | 64,382.10 |
| | | Real Living Ness Bros | Advertising Fees | -860.00 | 3620-000 | | | 64,382.10 |
| | | Meridian Title Corporation | Prior Abstract and Title<br>Search | -150.00 | 2500-000 | | | 64,382.10 |
| | | Robert McDowell | House Winterization | -295.00 | 2420-000 | | | 64,382.10 |
| | | Real Living Ness Bros | Replace Locks and<br>Services Calls | -291.75 | 2420-000 | | | 64,382.10 |
| | | St Joe- Spencerville Regional<br>Sewer District | Sewer Bills | -364.80 | 2500-000 | | | 64,382.10 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 87.95 | 64,294.15 |
| 03/16/16 | 108 | Eastburn & Gray PC | Legal Services - Integrity v. Robert Crabbe | | | | 1,011.75 | 63,282.40 |
| | | | Attorney for Trustee<br>Fees | 885.00 | 3210-600 | | | 63,282.40 |
| | | | Attorney for Trustee<br>Expenses | 126.75 | 3420-590 | | | 63,282.40 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 101.02 | 63,181.38 |
| 04/20/16 | 109 | Eastburn & Gray PC | Payment to Special Counsel for Legal Fees | | 3210-600 | | 59.00 | 63,122.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 87.59 | 63,034.79 |
| 05/17/16 | 110 | Eastburn & Gray PC | Invoice #150972 for legal services | | 3210-600 | | 404.25 | 62,630.54 |

Subtotals :    $4,600.75    $1,906.69

{} Asset reference(s)

Printed: 12/08/2020 07:38 PM    V.20.27

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 13-12926-REG
**Case Name:** INTEGRITY SALES & SERVICE, INC.

**Taxpayer ID #:** **-***9513
**Period Ending:** 12/08/20

**Trustee:** Dustin M. Roach, Chapter 7 Panel Trustee (340510)
**Bank Name:** Mechanics Bank
**Account:** ******1268 - Checking Account
**Blanket Bond:** $36,644,668.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.34 | 62,543.20 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.69 | 62,444.51 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.58 | 62,357.93 |
| 08/24/16 | 111 | Eastburn & Gray PC | Invoice #154052 | 3210-600 | | 328.00 | 62,029.93 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.37 | 61,931.56 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.83 | 61,842.73 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.75 | 61,756.98 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.49 | 61,662.49 |
| 12/07/16 | {21} | EASTBURN AND GRAY | COLLECTION PROCEEDS---- | 1241-000 | 800.00 | | 62,462.49 |
| 12/09/16 | 112 | Eastburn & Gray PC | Special Counsel's one-third portion of<br>12/7/2016 deposit of collected monies | 3210-600 | | 266.67 | 62,195.82 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.08 | 62,106.74 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.27 | 62,011.47 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.24 | 61,928.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.04 | 61,836.19 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.01 | 61,753.18 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.70 | 61,655.48 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.68 | 61,566.80 |
| 07/12/17 | | STATE BANK AND TRUST | FUNDS RECEIVED I--UNCLEAR IF ESTATE<br>FUNDS SO NOT LINKED TO ANY ASSET | 1180-002 | 37,500.00 | | 99,066.80 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.16 | 98,950.64 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.56 | 98,794.08 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.36 | 98,656.72 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.36 | 98,505.36 |
| 11/07/17 | | To Account #******1269 | Transfer Funds from State Bank and Trust<br>account | 9999-000 | | 37,500.00 | 61,005.36 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.33 | 60,905.03 |
| 12/07/17 | | Rabobank, N.A. | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -212.42 | 61,117.45 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.90 | 61,032.55 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.56 | 60,935.99 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.80 | 60,854.19 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.52 | 60,766.67 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.48 | 60,682.19 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.01 | 60,586.18 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.23 | 60,501.95 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.82 | 60,409.13 |

Subtotals :    $38,300.00    $40,521.41

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-12926-REG |
| **Case Name:** | INTEGRITY SALES & SERVICE, INC. |
| **Taxpayer ID #:** | **-***9513 |
| **Period Ending:** | 12/08/20 |

| | |
|---|---|
| **Trustee:** | Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1268 - Checking Account |
| **Blanket Bond:** | $36,644,668.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.78 | 60,319.35 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.27 | 60,273.08 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.49 | 60,218.59 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.49 | 60,169.10 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.80 | 60,121.30 |
| 08/09/19 | {19} | DAVID PFISTER | LAWSUIT COMPROMISE | 1241-000 | 20,000.00 | | 80,121.30 |
| 10/14/19 | 113 | HALLER AND COLVIN, P.C | PER 10/3/2019 COURT ORDER | 3210-600 | | 7,578.99 | 72,542.31 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 57.97 | 72,484.34 |
| 07/06/20 | 114 | United States Trustee | Dividend paid 100.00% on $6,501.73, U.S. Trustee Quarterly Fees;  Reference: Stopped on 09/24/20 | 2950-000 | | 6,501.73 | 65,982.61 |
| 07/06/20 | 115 | Mannia & Company, LLC | Dividend paid  29.23% on $6,519.00, Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6410-000 | | 1,906.07 | 64,076.54 |
| 07/06/20 | 116 | Dustin . Roach, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 26,411.99 | 37,664.55 |
| | | | Dividend paid 100.00%          26,116.19 on $26,116.19;  Claim# ; Filed: $26,116.19 | 2100-000 | | | 37,664.55 |
| | | | Dividend paid 100.00%             295.80 on $295.80;  Claim# ; Filed: $295.80 | 2200-000 | | | 37,664.55 |
| 07/06/20 | 117 | Skekloff and Skekloff LLP (ADMINISTRATIVE) | Combined Check for Claims#36,38 | | | 37,664.55 | 0.00 |
| | | | Dividend paid  29.23%          30,073.69 on $102,855.76;  Claim# 36; Filed: $102,855.76 | 6210-000 | | | 0.00 |
| | | | Dividend paid  29.23%            7,590.86 on $25,961.70;  Claim# 38; Filed: $25,961.70 | 3110-000 | | | 0.00 |
| 09/24/20 | 114 | United States Trustee | Dividend paid 100.00% on $6,501.73, U.S. Trustee Quarterly Fees;  Reference: Stopped: check issued on 07/06/20 | 2950-000 | | -6,501.73 | 6,501.73 |
| 10/07/20 | | Transition Transfer Debit | | 9999-000 | | 6,501.73 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $20,000.00 | $80,409.13 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-12926-REG |
| **Case Name:** | INTEGRITY SALES & SERVICE, INC. |
| **Taxpayer ID #:** | **-***9513 |
| **Period Ending:** | 12/08/20 |

| | |
|---|---|
| **Trustee:** | Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1268 - Checking Account |
| **Blanket Bond:** | $36,644,668.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 521,414.46 | 521,414.46 | $0.00 |
| | | | Less: Bank Transfers | | 7,990.00 | 44,001.73 | |
| | | | **Subtotal** | | **513,424.46** | **477,412.73** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$513,424.46** | **$477,412.73** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-12926-REG | **Trustee:** Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| **Case Name:** INTEGRITY SALES & SERVICE, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******1269 - Checking Account |
| **Taxpayer ID #:** **-***9513 | **Blanket Bond:** $36,644,668.00  (per case limit) |
| **Period Ending:** 12/08/20 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/07/17 | | From Account #******1268 | Transfer Funds from State Bank and Trust account | 9999-000 | 37,500.00 | | 37,500.00 |
| 12/08/17 | 101 | Ascentium Capital, LLC | Return funds to Ascentium Capital, LLC. Funds are not property of Bankruptcy Estate. | 8500-002 | | 37,500.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 37,500.00 | 37,500.00 | **$0.00** |
| Less: Bank Transfers | 37,500.00 | 0.00 | |
| **Subtotal** | **0.00** | **37,500.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$37,500.00** | |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-12926-REG |
| Case Name: | INTEGRITY SALES & SERVICE, INC. |
| Taxpayer ID #: | **-***9513 |
| Period Ending: | 12/08/20 |

| | |
|---|---|
| Trustee: | Dustin M. Roach, Chapter 7 Panel Trustee (340510) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ******8029 - Checking Account |
| Blanket Bond: | $36,644,668.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 6,501.73 | | 6,501.73 |
| 10/19/20 | 10118 | United States Trustee Payment Center | Quarterly fees repaid per above claim number in converted Chapter 7 | 2950-000 | | 6,501.73 | 0.00 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 6,501.73 | 6,501.73 | $0.00 |
| | Less: Bank Transfers | 6,501.73 | 0.00 | |
| | **Subtotal** | 0.00 | 6,501.73 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$6,501.73** | |

| | |
|---|---|
| Net Receipts : | 521,424.46 |
| Plus Gross Adjustments : | 10,899.25 |
| Less Other Noncompensable Items : | 75,000.00 |
| Net Estate : | $457,323.71 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1266** | 0.00 | 0.00 | 0.00 |
| **Checking # ******1267** | 8,000.00 | 10.00 | 0.00 |
| **Checking # ******1268** | 513,424.46 | 477,412.73 | 0.00 |
| **Checking # ******1269** | 0.00 | 37,500.00 | 0.00 |
| **Checking # ******8029** | 0.00 | 6,501.73 | 0.00 |
| | $521,424.46 | $521,424.46 | $0.00 |